## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Jeanne Klimowicz | Related Bankruptcy Case: 06–40851 |
|          Debtor, | Chapter 7 |
| | Judge Joel B. Rosenthal |
| | |
| Jeanne Klimowicz | Adversary Proceeding: 07–04093 |
|          Plaintiff | |
| vs. | |
| New Century Mortgage Corporation and Lendia Inc. | |
|          Defendant | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer within 35 days.
**ANSWER DUE: 7/30/07**

   Address of Clerk:

      U. S. Bankruptcy Court
      595 Main Street
      Worcester, MA 01608

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

   Name and Address of Plaintiff's Attorney:

      Laird J. Heal
      Laird J. Heal, Esq.
      3 Clinton Road
      P. O. Box 1425
      Sterling, MA 01564

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

| | |
|---|---|
| Date:6/28/07 | James M. Lynch |
| | Clerk, U.S. Bankruptcy Court |
| | By the Court, |
|  | Anne C. Harmon |
| | Deputy Clerk |
| | (508) 770– 8913 |

Chapter 7
Adversary Proceeding: 07-04093
Judge Joel B. Rosenthal

## CERTIFICATE OF SERVICE

I, Laird J. Heal_____, certify that I am, and at all times during the service of process, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made : June 30, 2007_____ (Date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
GREGORY G O'CONNOR (Treasurer and Registered Agent of Lendia, Inc.)
126 STEEPLEVIEW DRIVE
HAMPDEN, MA 01036

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

June 30, 2007_____                                    _Laird J. Heal_ (Signature)
Date                                                           Signature

| Laird J. Heal |
| Print Name |
| 3 Clinton Road, P. O. Box 365 |
| Business Address |
| Sterling        MA        01564 |
| City            State     Zip |